In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title to Lands Required for the Opening of Rosedale Avenue.

MORRIS KUSHNER, Appellant; CLARENCE C. FERRIS, Respondent.

(Submitted November 20, 1916; decided November 28, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 219 N. Y. 192.)

---

MARY E. CALKINS, as Administratrix of the Estate of JAMES H. CALKINS, Deceased, Respondent, *v.* JAMES M. HART, Appellant.

(Submitted November 20, 1916; decided November 28, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 219 N. Y. 145.)

---

ROLAND R. CONKLIN, Appellant, *v.* UNITED CONSTRUCTION AND SUPPLY COMPANY et al., Respondents.

(Submitted November 20, 1916; decided November 28, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 219 N. Y. 555.)